**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CHARLES W. WALSH III, LAURA BLAU, AND PHILADELPHIA COMMUNITY DEVELOPMENT COALITION | : No. 60 EAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| TERESA F. ISABELLA AND 325 S. 18TH STREET, LLC | : |
| | : |
| | : |
| | : |
| PETITION OF: 325 S. 18TH STREET, LLC | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**. Counsel for Respondent's Petition for Leave to Withdraw as Counsel is DISMISSED as MOOT.